AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Western District of Arkansas

United States of America )
v. )
CHARLENE M. ELMORE )   Case No: 2:21CR20006-001
 )   USM No: 18450-509
 )
Date of Original Judgment: 07/21/2021 )
Date of Previous Amended Judgment: _____ )   Patrick F. Flake
*(Use Date of Last Amended Judgment if Any)* )   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **92** months **is reduced to** **84 months**.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated **07/26/2021** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 1-25-2024

Judge's signature: *P. K. Holmes*

Effective Date: 02/01/2024
*(if different from order date)*

The Honorable P.K. Holmes, III, U.S. District Judge
*Printed name and title*